CHARLES P. STROGEN, Respondent, v. CECELIA R. SNYDER, Appellant.— Judgment affirmed, with costs. All concur. (The judgment directs foreclosure of a mechanic's lien.)  Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

SKENANDOA RAYON CORPORATION, Plaintiff, v. HALIFAX FIRE INSURANCE COMPANY OF HALIFAX, NOVA SCOTIA, Defendant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted. [See 245 App. Div. 279.]  Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.  (Order entered November 6, 1935.)

ADELAIDE C. MOULTHROP, Appellant, v. SCHREIER CONTRACTING COMPANY, INCORPORATED, Respondent.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.  Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.  (Order entered November 6, 1935.)

ANNA F. YOUNG, Respondent, v. CITY OF BUFFALO and ALBERT WHITMAN, Appellants, and LOUIS E. HILBERT, Defendant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.  (Order entered November 6, 1935.)

VINCENT PASQUALICHIO, Appellant, v. UNION CARBIDE COMPANY, Respondent. —Appeal dismissed, without costs, upon stipulation.  Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

JOSEPH MODELLO, Appellant, v. JOHN F. SANDERS, Doing Business under the Assumed Name and Style of THE SANDERS COMPANY, Respondent.—Appeal dismissed, without costs, upon stipulation.  Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.